APRIL 25, 1962

No. 66719.—SUIT 5074.—Textile Printing & Finishing Co., Inc. v. United States.—

—C.D. 2231 affirmed January 15, 1962. C.A.D. 789.

BEFORE THE FIRST DIVISION, APRIL 30, 1962

No. 66720.—M. Adler's Son, Inc., et al. v. United States, protests 61/3233, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.